**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RHONDA LORAINE HAGENBAUGH,<br>Plaintiff,<br>v.<br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br>Defendant. | Case No. 1:26-cv-2997 JLT GSA<br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT, AND TERMINATING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS MOOT<br>(Docs. 11, 13) |

Rhonda Loraine Hagenbaugh and Frank Bisignano, Commissioner of Social Security, stipulated to a voluntary remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 13.) Pursuant to the stipulation, an administrative law judge shall "further develop the record as necessary, offer Plaintiff the opportunity for a hearing, and issue a new decision." (*Id.* at 1.) In addition, the parties agree that the Court shall enter judgment in favor of Plaintiff and against the Commissioner. (*Id.*)

Based upon the terms of the stipulation, the Court **ORDERS**:

1. Plaintiff's motion for summary judgment (Doc. 11) is terminated as **MOOT**.
2. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

3. The Clerk of Court is directed to enter judgment in favor of Plaintiff Rhonda Loraine Hagenbaugh and against Defendant Frank Bisignano, Commissioner of Social Security, and to close this case.

IT IS SO ORDERED.

Dated: _August 17, 2026_

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE